UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TENNESSEE GAS PIPELINE COMPANY, L.L.C. PLAINTIFF

V. CIVIL ACTION NO. 3:26-CV-618-DPJ-ASH

1.275 ACRES IN HOLMES COUNTY, MISSISSIPPI, AND DILLON'S DENTAL SERVICE, LLC, A/K/A DILLON'S DENTAL LLC DEFENDANTS

ORDER

This condemnation action is before the Court on Jerry W. Dillon's Pro Se Consent & Registration Form to Receive Documents Electronically [13]. Tennessee Gas Pipeline Company, L.L.C. (TGP) filed this condemnation action against a parcel of land in Holmes County and its owner, Dillon's Dental Service, LLC, a/k/a Dillon's Dental LLC on August 17, 2026. Two days later, it moved for partial summary judgment and a preliminary injunction. On September 17, 2026, Dr. Jerry Dillon, who claims to be the owner of the parcel in question, filed an answer and a response to TGP's motion. But Dr. Dillon is not a party to the lawsuit: Dillon's Dental Service, LLC, is. And because an LLC cannot appear pro se, on September 21, 2026, the Court entered an Order to Show Cause directing Dillon's to show cause why Dr. Dillon's filings should not be struck and directing it to have an attorney enter an appearance on its behalf.

That Order likely crossed in the mail with Dr. Dillon's form, which allows "[l]itigants" to consent to receive documents electronically. Consent [13]. But Dr. Dillon, who is not personally a party to this case, is not a litigant. The Court finds he is therefore not entitled to register for pro se receipt of filings on behalf of Dillon's. It therefore strikes his Pro Se Consent and Registration Form to Receive Documents Electronically [13].

**SO ORDERED AND ADJUDGED** this the 29th day of September, 2026.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE